UNITED STATES of America, Plaintiff–Appellee,

v.

Elizabeth LOYOLA–HERNANDEZ, Defendant–Appellant.

No. 03–40230
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Feb. 18, 2004.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

James Lee Turner, Assistant US Attorney, US Attorney's Office, Houston, TX, Mark Michael Dowd, US Attorney's Office, Brownsville, TX, for Plaintiff–Appellee.

Roland E. Dahlin, II, Federal Public Defender, H. Michael Sokolow, Tito H. Alfaro, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, EMILIO M. GARZA, and PRADO, Circuit Judges.

PER CURIAM:*

Elizabeth Loyola–Hernandez pleaded guilty to one count of illegally transporting an illegal alien for the purpose of financial gain and was sentenced to 10 months' confinement.

Loyola argues that a conflict exists between the district court's oral pro-

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

nouncement of sentence and the written judgment because the written judgment contains a condition of supervised release prohibiting the possession of a dangerous weapon, but at the sentencing hearing, the court did not mention this prohibition. For the reasons outlined in *United States v. Torres–Aguilar*, 352 F.3d 934, 935–38 (5th Cir.2003), we conclude that the district court's omission of the dangerous-weapon prohibition during the oral pronouncement of sentence did not create a conflict with the sentence set forth in the judgment.

AFFIRMED.